PROB 12B  
(7/93)

Report Date: March 23, 2006

# United States District Court

for the

Eastern District of Washington

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**

*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 27 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Albert J. Acevedo    Case Number: 2:02CR00252-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 04/02/2003    Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)    Date Supervision Commenced: 03/07/2006

Original Sentence: Prison - 46 months; TSR - 36 months    Date Supervision Expires: 03/06/2009

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17  You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

The offender was released from imprisonment on March 7, 2006. The probation office requests the offender's supervised release condition be amended to include not more than six urinalysis submission per month to comply with the United States v. Stephens 424 F.3d 876 (9th Cir. 205).

Respectfully submitted,

by [signature]

Tommy Rosser  
U.S. Probation Officer  
Date: March 23, 2006

Prob 12B
Re: Acevedo, Albert J.
March 23, 2006
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

3/27/06

Date

PROB 49
(3/89)

# United States District Court

**Eastern District of Washington**

**Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision**

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

17   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness:  _____   Signed: _____
           Tommy Rosser                                  Albert J. Acevedo
           U.S. Probation Officer                        Probationer or Supervised Releasee

               March 23, 2006
                   Date